NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY T. FLEMING, )
)
      Appellant, )
)
v. )     Case No. 2D18-2460
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Vivian T.
Corvo, Judge.

PER CURIAM.

      Affirmed.  See Bizzell v. State, 912 So. 2d 386 (Fla. 2d DCA 2005); Louis

v. State, 797 So. 2d 1281 (Fla. 4th DCA 2001); Gonzales v. State, 780 So. 2d 266 (Fla.

4th DCA 2001).


MORRIS, BLACK, and ROTHSTEIN-YOUAKIM,JJ., Concur.